IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-30143
Conference Calendar
_____


ROGER AKINS,

                                        Plaintiff-Appellant,

versus

CHARLES C. FOTI, JR., and
DENTAL DEPARTMENT,

                                        Defendants,

CHARLES C. FOTI, JR.,

                                        Defendant-Appellee.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 94-CV-3166
- - - - - - - - - -
February 29, 1996
Before GARWOOD, JONES, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

    Roger Akins appeals the district court's judgment in favor
of the defendant in his civil rights complaint brought pursuant
to 42 U.S.C. § 1983.  Review of the findings and conclusions
depends on a trial transcript.  Akins has failed to provide a
transcript.  His appeal is therefore DISMISSED AS FRIVOLOUS.  See

_____

    [*] Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Fed. R. App. P. 10(b); <u>Powell v. Estelle</u>, 959 F.2d 22, 26 (5th Cir.), <u>cert. denied</u>, 113 S. Ct. 668 (1992); 5th Cir. R. 42.2.

APPEAL DISMISSED.